

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Sherry McGalliard, Appellant

No. 06-16-00025-CV     v.

Kathryn Hill, Appellee

Appeal from the 40th District Court of Ellis County, Texas (Tr. Ct. No. 88284). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for a new trial.

We further order that the appellee, Kathryn Hill, pay all costs of this appeal.

RENDERED OCTOBER 27, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk